# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Sergio Martin Godinez**; DOB: 2003; United States<br>**Alejandro Rochin**; DOB: 2005; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-07722MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about May 3, 2025, in the District of Arizona, **Sergio Martin Godinez** and **Alejandro Rochin**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport a certain illegal alien, Christian Alonso Cruz-Rojas, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On May 3, 2025, in the District of Arizona (Naco), at approximately 8:00 p.m., Border Patrol Agents (BPAs) were working on State Route 92 (SR-92) and noticed a silver Chevrolet Malibu in the area near the San Pedro River. The Malibu was on Border Monument Road, did a quick turnaround, and was northbound on South Smith Avenue. The Naco Tactical Operation Center (TOC) maintained visual of the Malibu. The Malibu was seen traveling west on SR-92, then seen turning north on Guidance Way. The Malibu turned around shortly after driving on Guidance Way, came to a stop, and three individuals were seen exiting the vehicle and running towards some brush. The Malibu continued back to SR-92 and was seen traveling west. At approximately 8:10 p.m., BPAs located the Malibu. At this time, BPAs also located the three individuals that had exited the vehicle. An immigration inspection was performed on the three individuals, including Christian Alonso Cruz-Rojas, and they were determined to be citizens of Mexico and Guatemala illegally present in the United States. BPAs conducted a traffic stop on the Malibu at the Canyon General gas station near Hereford. The driver, **Sergio Martin Godinez**, and the passenger, **Alejandro Rochin**, were taken into custody.

Material Witness Christian Alonso Cruz-Rojas stated that he is a Mexican citizen and that his uncle paid for him to be smuggled into the United States. He crossed the Internation Boundary Barrier utilizing a ladder with three individuals. One of the individuals was speaking to a guide over the phone who guided them to an area where they would be picked up by a white four-door sedan. When they were picked up, Cruz said the driver and passenger were wearing black masks to cover their faces. The front passenger was on the phone and eventually told the driver to stop. Once they stopped, the driver told all three individuals to get out and run.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Christian Alonso Cruz-Rojas

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>*/signed/*<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1])  *Jacqueline M. Rateau* | DATE<br>May 5, 2025 |

[1]) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Enderle